1 ANN M. CERNEY, SBN: 068748
Attorney at Law
2 45 Hunter Square Plaza
Stockton, California 95202
3 Telephone: (209) 948-9384
Facsimile: (209) 948-0706
4
Attorney for Plaintiff
5

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUONG T. HUYNH, | CASE NO. 2:08-CV-01216-KJM |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby APPROVED.

Plaintiff shall file his response on or before December 29, 2008.

SO ORDERED.

DATED: December 10, 2008.

_____
U.S. MAGISTRATE JUDGE

---

1
STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER