ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| PHUONG T. HUYNH, | CASE NO. 2:08-CV-01216-KJM |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his reply on or before April 3, 2009.

SO ORDERED.

DATED: March 10, 2009.

_____
U.S. MAGISTRATE JUDGE

---

1
STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY
TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT